UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
(Bowling Green Division)

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| -vs- | ) Case No. 1:16-cv-74-GNS |
| | ) |
| GEORGE DORDONI, Individually | ) JURY DEMAND |
| | ) |
| **Defendant.** | ) |

# COMPLAINT

COMES NOW THE PLAINTIFF, JOHN DOE, and sues the Defendant, GEORGE DORDONI, and would state as follows:

### Introduction

1. John Doe ("Doe")[1], a citizen of Pakistan, is an international student at Western Kentucky University ("WKU"). He brings this action against George Dordoni ("Dordoni"), Director of Student Affairs and WKU International Student and Scholar Advisor, individually, for failing to provide accurate information concerning his immigration status to the U.S. Immigration and Customs Enforcement ("ICE") and the Student Exchange and Visitor Information System ("SEVIS"). As a result of Dordoni's failure in this regard, Doe's status was mischaracterized as "inactive," resulting in his arrest and detention by the U.S. Department of Homeland Security. Plaintiff seeks compensatory damages.

---

[1] Plaintiff brings this action anonymously based upon a well-founded fear of reprisal from individuals opposed to her conversion to Christianity, as more specifically described in the accompanying Motion.

## Jurisdiction

2.     Jurisdiction in vested in this court pursuant to 28 U.S.C. § 1332, this being an action based on diversity of citizenship and the amount in controversy exceeds $75,000. Venue is also proper in the Western District of Kentucky since the acts complained of all occurred within this federal district.

## Parties

3.     John Doe is a citizen of Pakistan who is a student at WKU presently residing in Bowling Green, Warren County, Kentucky.

4.     George Dordoni is an adult citizen and resident of Bowling Green, Kentucky and, at all times relevant, was employed as the International Student and Scholar Advisor for WKU.

## Facts

5.     John Doe ("Doe") is an international student at WKU.

6.     In the summer of 2013, Doe came to the United States as an international student at WKU.

7.     Generally, a citizen of a foreign country who wishes to enter the United States must first obtain a visa, either a nonimmigrant visa for temporary stay, or an immigrant visa for permanent residence. Students must have a student visa to study in the United States. The student's course of study and the type of school he attends determine whether an F-1 visa (for universities) or an M-1 visa (vocational, non-academic) is required.

8.     Doe entered the United States as a legal resident with F-1 visa status and was a full time student at WKU through the end of the fall 2014 semester.

9.     Doe was born to in Saudi Arabia in 1993, and moved with his parents and three siblings to Islamabad, Pakistan when he was twelve years old. His family members are devout

Muslims, and throughout his young life, Doe was reared in a Muslim home that strictly observed the teachings of the Koran, and adhered exclusively to Muslim religious practices and traditions.

10. While in Pakistan, Doe became acquainted with a Pakistani Christian named Adam Messi. The two shared several conversations regarding their religious beliefs and, through Mr. Messi's sharing of the gospel of Jesus Christ, Doe became interested in converting from Islam to Christianity. As he turned more and more from his family's strict Muslim practices and failed to attend Muslim worship prayer or worship services he was subjected to physical abuse and beatings from his parents.

11. In addition, Doe's journey toward Christianity was complicated by the fact that his Pakistani government-issued identification classified him as a Muslim. This prevented him from attending Christian church services in Pakistan. Worse yet, sharing his desire to become a Christian subjected him to grave risk of personal injury. The police and government officials in Pakistan often gave tacit approval to stoning or hanging those who abandoned Islam.

12. Doe attended his first Christian church service at Forest Park Baptist Church on Old Morgantown Road in Bowling Green, Kentucky. However, when he shared with some of his Muslim friends his interest in becoming a Christian, he was warned that under Islamic law and practice it would be an offense of heresy punishable by a *fatwa* or death warrant.

13. Upon information and belief, there presently exists at *fatwa* again Doe.

14. During the spring break in 2014, Doe returned to Saudi Arabia to renew his residence permit there. Later, in 2014, he confided to his uncle his plans to abandon Islam and become a Christian. Toward the end of the fall 2014 semester at WKU, Doe's father withdrew his financial support without explanation, leaving Doe unable to enroll in classes for the spring 2015 semester.

15. On January 13, 2015, Doe contacted Dordoni, the International Student & Scholar Advisor, (Designated School Official, or "DSO") at the WKU International Student Office ("ISO"), seeking advice about maintaining his student visa until he could re-enroll in classes.

16. According to WKU's website, "ISO provides specialized support services to WKU's international students, scholars and their dependents, including immigration advising and guidance, programs and events, cultural adjustment, resources and so much more." http://www.wku.edu/iso/.

17. Through a series of emails beginning in January 13, 2015 and continuing through February 10, 2015, Mr. Dordoni guided Doe through a process that involved the WKU Counseling Center to submit his Form I-20 in order to obtain a Certificate of Eligibility for Non-immigration (F-1) Student Status.

18. Mr. Dordoni rendered advice to Doe and guided him through this application process and reassured him that he would be able to leave the U.S. to visit his family abroad and that he met the requirements for re-entry in to the U.S. to finish his studies at WKU.

19. Doe followed Mr. Dordoni's advice and departed the U.S. on February 14, 2015 for what he expected to be a one-month visit with his family.

20. Upon arriving in Saudi Arabia, however, Doe learned that his father's plans were focused on coercing him back into a lifestyle of strict adherence to Islam. He held Doe captive for four months, forcing him to attend daily prayers at the Mosque. His father shamed him by telling him he had disgraced his family and that he no longer deserved to be called his son. When Doe tried to explain to his family his spiritual journey and curiosity about Christianity his parents responded with physical beatings. During one such beating, Doe was seriously injured and still bears a scar over his left eye.

21. Out of desperation, Doe told his father that his attempt to abandon Islam had only been a prank. Once Doe provided written proof of his allegiance to Islam, his father allowed him to return to the U.S. in May of 2015.

22. On May 10, 2015, in anticipation of his re-entry in to the U.S., Doe contacted Mr. Dordoni via email to confirm his immigration status.

23. On May 11, 2015, Mr. Dordoni responded and advised Doe that his I-20, F-1 visa would not expire until 2017.

24. In reliance on this assurance by Mr. Dordoni, Doe returned to the U.S. landing at Dulles International Airport on May 17, 2015. From there, he had plans to catch a connecting flight to Nashville, Tennessee, but was instead detained by Customs Border Patrol because he was no longer operating under a valid student visa.

25. During the Customs intake process, Doe was advised that he had lost his student visa because he was not enrolled as a full-time student during the spring 2015 semester, and that WKU had determined that he was unable to take classes based upon his psychological evaluation.

26. Doe later learned that the information submitted by WKU to the U.S. Immigration and Customs Enforcement office ("ICE") Student Exchange and Visitor Information System ("SEVIS") falsely mischaracterized his status as "inactive."

27. In an email dated May 18, 2015, Mr. Dordoni confirms what he casually referred to as a "glitch" that caused Doe's detention. The email reads as follows:

Dear John,

I have sent a request to expedite the correction request to your SEVIS record. I notified the SEVIS response team that you are now enrolled for a class for summer session, and explained the glitch on our Sunapsis/Star system that caused your SEVIS record to be terminated automatically by the SEVIS system. I let them know that you are currently detained at Washington Dulles airport. Hopefully, they will quickly change your SEVIS status to "Active." If they do I will let you know through email right away. My thoughts are with you, George.

5

28. As a result of being incorrectly characterized as "inactive," Doe was treated as an illegal immigrant and immediately detained. He was held in detention from May 17, 2015 to June 17, 2015, when he was paroled. In order to obtain his release, he had to retain an immigration attorney to assist him in applying for asylum status.

29. Mr. Dordoni voluntarily undertook to provide Doe with immigration advice and guidance and, by doing so, was required to exercise reasonable care.

30. The provision of immigration advice and guidance under the circumstances alleged in this Complaint was a ministerial act on Mr. Dordoni's part because it "require[d] only obedience to the orders of others and/or a duty that is absolute, certain, and involves the execution of a specific act arising from fixed and designated facts." *Shoupe v. Sibert*, 2015 WL 2153185 (Ky.), *citing Jenkins Indep. Sch. v. Doe*, 379 S.W.3d 808, 811 (Ky. Ct. App. 2012).

31. Doe's present status is that of "Asylum Applicant."

32. The loss of his student visa prevents Doe from obtaining gainful employment while in the U.S. His efforts to obtain favorable residency status in order to obtain in-state tuition at WKU have also been unsuccessful due to his immigration status.

## Causes of Action

33. Plaintiff incorporates herein by reference the allegations contained in ¶¶ 1 through 26, and does further allege as follows.

34. Dordoni owed the Plaintiff a duty of reasonable care in advising him and guiding him through the I-20 application process, and to also use reasonable care and diligence in rendering advise to him regarding his immigration status and eligibility to re-enter the U.S.

35. In addition, Dordoni owed the Plaintiff a duty of reasonable care to provide accurate information to the U.S. Immigration and Customs Service and the Student Exchange and Visitor Information System ("SEVIS") certifying his active status as a student at WKU.

6

36. Defendant breached this duty to the Plaintiff by negligently providing false and misleading information to SEVIS regarding the Plaintiff's status as a student enrolled at WKU and wrongfully terminating his student visa status.

37. This breach by the Defendants proximately caused Doe's status to be registered with SEVIS and the Department of Homeland Security as an illegal immigrant and resulted in the Plaintiff's arrest and detention for one month while being held without the opportunity for a hearing or for bond.

38. As a direct and proximate result of the Defendants' negligence, the Plaintiff suffered the deprivation of his personal liberty, economic loss, emotional pain and suffering and was forced to seek asylum as a refugee from his country of birth.

WHEREFORE, PLAINTIFF PRAYS FOR THE FOLLOWING RELIEF:

1. That he be allowed to file this Complaint and that process issue to the Defendant, George Dordoni, requiring them to answer within the time required by law;

2. That at the trial of this case, the Plaintiff be awarded compensatory damages against the Defendant, George Dordoni in the amount of $500,000;

3. That a jury of six be empaneled to hear and try all issues of fact;

4. That the Plaintiff have and recover such further and general relief as to which he may be entitled, including court costs and reasonable attorney's fees.

Respectfully submitted,

s/Brian Schuette, Esq.
**CRAIN | SCHUETTE ATTORNEYS**
719A Dishman Lane
Bowling Green, KY 42104
(270) 781-7500 Voice
(270) 781-7533 Facsimile
(270) 320-7500 Mobile
Brian@CSAFirm.com
*Attorney for the Plaintiff*

And

                        s/Larry L. Crain, Esq.
**CRAIN | SCHUETTE ATTORNEYS**
5214 Maryland Way, Suite 402
Brentwood, TN 37027
(615) 376-2600
Larry@CSAFirm.com
*Attorney for the Plaintiff*
*Pro Hac Vice* Pending