# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### (Bowling Green Division)

| | |
|---|---|
| **JOHN DOE,** | ) |
|  | ) |
|    *Plaintiff,* | ) |
|  | ) Case No. 1:16-cv-74-GNS |
| -vs- | ) |
|  | ) **JURY DEMAND** |
| **GEORGE DORDONI, Individually** | ) |
|  | ) |
|    *Defendant.* | ) |

## ORDER GRANTING MOTION FOR PERMISSION TO USE PSEUDONYM

This matter having come before the Court upon motion of the Plaintiff for leave to proceed under and synonym and the being sufficiently advised,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Plaintiff's motion is GRANTED and he shall be permitted to proceed under a pseudonym.
2. The Plaintiff is directed to file under seal a complaint using his real name.

Tendered by:

s/Brian Schuette, Esq.
**CRAIN | SCHUETTE ATTORNEYS**
719A Dishman Lane
Bowling Green, KY 42104
(270) 781-7500 Voice
(270) 781-7533 Facsimile
(270) 320-7500 Mobile
Brian@CSAFirm.com

*Attorney for the Plaintiff*

And

s/Larry L. Crain, Esq.
**CRAIN | SCHUETTE ATTORNEYS**
5214 Maryland Way, Suite 402
Brentwood, TN 37027
(615) 376-2600
Larry@CSAFirm.com
*Attorney for the Plaintiff*
*Pro Hac Vice* Pending