**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 22, 2021

Ms. Amanda Lisenby Blakeman
Schuette Law Group
719 Dishman Lane
Bowling Green, KY 42104

Ms. Ena V. Demir
Kerrick Bachert
1025 State Street
Bowling Green, KY 42101

Mr. Thomas N. Kerrick
Kerrick Bachert
1025 State Street
Bowling Green, KY 42101

Mr. Brian Lee Schuette
Schuette Law Group
719 Dishman Lane
Bowling Green, KY 42104

Re: Case No. 21-5944, *John Doe v. George Dordoni*
Originating Case No.: 1:16-cv-00074

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. James J. Vilt Jr.

Enclosure

No mandate to issue

Case No. 21-5944

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

JOHN DOE

   Plaintiff - Appellant

v.

GEORGE DORDONI, Individually

   Defendant - Appellee

 In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

 It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

            **ENTERED PURSUANT TO RULE 33,
            RULES OF THE SIXTH CIRCUIT**
            Deborah S. Hunt, Clerk

Issued: December 22, 2021